FILE COPY

## 11th Court of Appeals Mandate

**THE STATE OF TEXAS**

**TO THE 326TH DISTRICT COURT OF TAYLOR COUNTY, GREETINGS:**

BEFORE our Court of Appeals for the Eleventh District of Texas, on March 22, 2018, the cause upon appeal to revise or reverse your judgment between

Dawn Gaglione

11th Court of Appeals No. 11-16-00084-CV and
326th District Court Case No. 46369-C

Edward P. Rivas and Cynthia Rucker Allen

was determined; and therein our said Court made its order in these words:

*"This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Dawn Gaglione."*

**WHEREFORE WE COMMAND YOU** To observe the order of our said Court of Appeals for the Eleventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on May 31, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, ELEVENTH DISTRICT, AT EASTLAND

No. 11-16-00084-CV

**Dawn Gaglione**
**v.**
**Edward P. Rivas and Cynthia Rucker Allen**

(No. 46369-C IN 326TH DISTRICT COURT OF TAYLOR COUNTY)

COURTS OF APPEAL:

| TYPE OF FEE | CHARGES | PAID/NOT PAID | DATE | BY |
|---|---|---|---|---|
| FILING | $205.00 | E-PAID | 04/04/2016 | BLAKE SIMS |

TRIAL COURT FEE:
Clerk's Record - $603.90
Reporter's Record - $340.00

**Balance of costs owing to the Eleventh Court of Appeals, Eastland, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **Sherry Williamson, CLERK** OF THE ELEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE ELEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on May 31, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**